AO 440 (Rev 12/09) Summons in a Civil Action (Page 2)

Civil Action No. 2:25-cv-00214-Z

## PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for (*name of individual and title, if any*) ___Attorney General - Phil Weiser___
was received by me on (*date*) ___10-19-25___.

☒  I personally served the summons on the individual at (*place*) ___1300 Broadway, Denver, 10th floor, CO 80203___
_____ on (*date*) __10-20-25__ ; or

☐  I left the summons at the individual's residence or usual place of abode with (*name*) _____
_____, a person of suitable age and discretion who resides there,
on (*date*) _____, and mailed a copy to the individual's last known address; or

☐  I served the summons on (*name of individual*) _____, who is designated
by law to accept service of process on behalf of (*name of organization*) _____
_____ on (*date*) _____ ; or

☐  I returned the summons unexecuted because _____ ;  or

☐  other (*specify*) _____
_____

My fees are $ ___$50___ for travel and $ _____ for services, for a total of $ ___$50___

I declare under penalty of perjury that this information is true.

Date: ___10-20-25___

_____
Server's signature

Breann Padilla - Process Server
_____
Printed name and title

19185 E. Bates Ave. Aurora, CO, 80013
_____
Server's address

Additional information regarding attempted service, etc:

Documents Served on 10/20/2025 at 9:42 AM - accepted by Hannah S.