AO 440 (Rev 12/09) Summons in a Civil Action (Page 2)

Civil Action No. 2:25-cv-00214-Z

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* __Tara Hana__
was received by me on *(date)* __10-20-2025__.

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)* __Front Office__, who is designated
by law to accept service of process on behalf of *(name of organization)* __Office of Attorney Ethics__
__840 Bear Tavern Rd Ewing NJ 08628__ on *(date)* __10-20-2025__; or

☐ I returned the summons unexecuted because _____; or

☐ other *(specify)* __Recieved by Assitant Nancy Hendrickson White Female Approximately 50 years old, Brown hair Shoulder Legnht 160 Pounds__

My fees are $ __90.00__ for travel and $ __10.00__ for services, for a total of $ __100.00__

I declare under penalty of perjury that this information is true.

Date: __10-20-2025__

_____
Server's signature

__Jeffrey L. Jones Jr Notary Public__
Printed name and title

__538 Masterson Ct, Ewing NJ 08618__
Server's address

Additional information regarding attempted service, etc: